```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


LARRY D. CATHCART, Jr.,

        Plaintiff,

                                       Civil Action 2:13-cv-502
     vs.                               Judge Frost
                                       Magistrate Judge King

SHERIFF ZACK SCOTT, et al.,

        Defendants.
```

**REPORT AND RECOMMENDATION**

Plaintiff's motion to voluntarily dismiss this action, *Motion*, ECF No. 27, was granted on November 18, 2015, *Order*, ECF No. 28, and final judgment was entered that same date. *Judgment*, ECF No. 29. This matter is now before the Court on plaintiff's November 23, 2015 "Initial Screen of the Complaint", which has been docketed as a *Motion for Injunctive Relief*, ECF No. 30.

This action is no longer pending in this Court. Under these circumstances, it is **RECOMMENDED** that plaintiff's *Motion for Injunctive Relief*, ECF No. 30, be denied.

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Response to objections must be filed within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b).

The parties are specifically advised that the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court.  *See*, *e.g.*, *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) (holding that "failure to object to the magistrate judge's recommendations constituted a waiver of [the defendant's] ability to appeal the district court's ruling"); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005) (holding that defendant waived appeal of district court's denial of pretrial motion by failing to timely object to magistrate judge's report and recommendation).  Even when timely objections are filed, appellate review of issues not raised in those objections is waived.  *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007) ("[A] general objection to a magistrate judge's report, which fails to specify the issues of contention, does not suffice to preserve an issue for appeal . . . .") (citation omitted)).

                                               s/  Norah McCann King
                                            Norah M<sup>c</sup>Cann King
                                            United States Magistrate Judge

November 23, 2015
Date