UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LARRY D. CARTHCART, JR.,**

    **Plaintiff,**

    v.                                Case No. 2:13-cv-502
                                          JUDGE GREGORY L. FROST
                                          Magistrate Judge Norah McCann King

**SHERIFF ZACK SCOTT,**

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of the Magistrate Judge's November 23, 2015 Report and Recommendation. (ECF No. 31.) In that filing, the Magistrate Judge addressed Plaintiff's November 23, 2015 filing (ECF No. 30), which was docketed as a motion for injunctive relief, explained that the action had been dismissed on November 18, 2015 (ECF Nos. 28, 29), and recommended that the Court deny Plaintiff's motion. The Report and Recommendation advised the parties that a failure to file a timely objection would waive the right to *de novo* review by the undersigned and would waive the right to appeal the decision.

    No objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct. The Court therefore **ADOPTS** the Report and Recommendation (ECF No. 31) and **DENIES** the motion for injunctive relief (ECF No. 30).

    **IT IS SO ORDERED**.

                                                              /s/ Gregory L. Frost
                                                     GREGORY L. FROST
                                                     UNITED STATES DISTRICT JUDGE